**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

ALEKSANDR MELNIKOV                    CASE NO. 3:26-CV-00263 SEC P

VERSUS                                              JUDGE JERRY EDWARDS

WARDEN JACKSON PARISH         MAGISTRATE JUDGE DAVID J. AYO
CORRECTIONAL CENTER

<u>**REPORT AND RECOMMENDATION**</u>

Aleksandr Melnikov, proceeding *pro se*, filed the instant petition on January 29, 2026. [Doc. 1].  On March 17, 2026, following an initial review of his petition by this Court, Melnikov was ordered to amend his petition by April 16, 2026.  [Doc. 2].

To date, Petitioner has failed to comply with this Court's order to file an amendment to his petition.

Federal Rules of Civil Procedure Rule 41(b) permits dismissal of claims "for failure of the plaintiff to prosecute or to comply with ... any order of court..."  The district court also has the inherent authority to dismiss an action *sua sponte*, without motion by a defendant. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31, 82 S. Ct. 1386, 1388-89, 8 L. Ed. 2d 734 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the [d]istrict [c]ourts." *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir.1988).  Petitioner has failed to comply with an Order directing him to amend his complaint.  This failure on his part warrants dismissal.

Therefore,

**IT IS RECOMMENDED** that the petition be **DISMISSED** in accordance with the provisions of Rule 41(b).

Under the provisions of 28 U.S.C. Section 636(b)(1)(C) and Rule 72(b), parties aggrieved by this recommendation have fourteen (14) business days from service of this report and recommendation to file specific, written objections with the Clerk of Court.  A party may respond to another party's objections within fourteen (14) days after being served with a copy of any objections or response to the district judge at the time of filing.

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.**

**THUS DONE AND SIGNED** in chambers this 1st day of May, 2026.

David J. Ayo
United States Magistrate Judge

2