UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ALEKSANDR MELNIKOV
#A249-130-397

CIVIL ACTION NO. 3:26-CV-00263
SEC P

VERSUS

JUDGE JERRY EDWARDS, JR.

WARDEN JACKSON PARISH
CORRECTIONAL CENTER

MAGISTRATE JUDGE DAVID J. AYO

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and after a de novo review of the record, finding the recommendation of the Magistrate Judge to be correct under applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Aleksandr Melnikov's petition is **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE in Chambers on this 26th day of May, 2026.

Jerry Edwards, Jr.
United States District Judge